UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Raelynn Eannelli,

    Plaintiff,

v.                                                                    Case No. 10-CV-54-SLC

Eric K. Shinseki,
Secretary,
Department of Veterans Affairs,

    Defendant.

## ORDER GRANTING MOTION TO COMPEL

Upon Motion of Defendant and based on further stipulation of the parties, the court orders as follows:

1. Plaintiff will provide signed releases from Plaintiff to Defendant related to medical records, records from from the Social Security Administration, and records from the Wisconsin Department of Workforce Development by no later than December 22, 2010.

2. Plaintiff will complete her production of all documents responsive to Defendant's first set of requests for production in her possession, custody, or control by no later than January 12, 2011.

3. Each party shall bear their own attorney fees and costs related to this motion.

SO ORDERED:

Date:

_____
Magistrate Judge Stephen L. Crocker

1