IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAELYN EANNELLI,

    Plaintiff,

v.

ERIC K. SHINSEKI, Secretary of the
Department of Veterans Affairs,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case Numbers 10-cv-54-wmc; 10-cv-415-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Raelynn Eannelli against defendant Eric K. Shinseki in the amount of $150,000.00.

_____    10/7/11
Peter Oppeneer, Clerk of Court    Date